UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MICHAEL OKAFOR,

    Plaintiff,

  v.

STATE OF CALIFORNIA DEPARTMENT OF CONSERVATION,

    Defendant.

Case No.: SACV 15-01626-CJC(JCGx)

JUDGMENT

The arguments having been presented and fully considered, and in accordance with the Court's January 23, 2018, Order granting summary judgment in favor of Defendant State of California Department of Conservation on Plaintiff Michael Okafor's operative First Amended Complaint,

It is therefore now **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

1. Plaintiff Michael Okafor shall recover nothing from Defendant State of California Department of Conservation on Plaintiff Michael Okafor's operative First Amended Complaint, and his claims are dismissed on their merits and with prejudice;

2. Defendant State of California Department of Conservation shall have judgment in its favor on Plaintiff Michael Okafor's operative First Amended Complaint; and

3. Defendant shall recover from Plaintiff Michael Okafor costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: April 17, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE